UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-113-1FL

FILED
JUN 12 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY KM DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | |
| BAILEY JOE MILLS ) | |

The United States Attorney charges that:

COUNT ONE

(Manufacture of Child Pornography)

In or about January 2014, in the Eastern District of North Carolina, the defendant, BAILEY JOE MILLS, did knowingly attempt to, and did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing the following visual depictions of such conduct. These visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce; all in violation of Title 18, United States Code Sections 2251(a) and (d).

ALLEGATION OF PRIOR CONVICTIONS

For purposes of Title 18, United States Code, Section 2251(e), and Title 18, United States Code, Section 2252(b), the defendant has previously been convicted of offenses under state law related to the sexual exploitation of children (including, but not limited to two convictions for indecent liberties with of a child).

## FORFEITURE ALLEGATION

If convicted of the foregoing offense, BAILEY JOE MILLS, the defendant herein, shall forfeit to the United States-

(1) any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offense(s);

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s)

— all pursuant to Title 18, United States Code, Section 2253(a).

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Sections 2253(o) or 1467(n), whichever may be applicable, to seek forfeiture of any other property

of said defendant up to the value of the above forfeitable property.

THOMAS G. WALKER
United States Attorney

BY: ETHAN A. ONTJES
Assistant United States Attorney
Criminal Division