UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-113-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| BAILEY JOE MILLS | |

On motion of the Defendant, Bailey J. Mills, and for good cause shown, it is hereby ORDERED that the **[DE 30]** be sealed until further notice by this Court.

IT IS SO ORDER.

This  25th  day of  February , 2015.

*/s/ Louise W. Flanagan*
_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE