UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-113-1FL

UNITED STATES OF AMERICA

v.

ORDER

BAILEY JOE MILLS

Upon consideration of the Motion to Extend Time to File Notice of Appeal filed by the Defendant, the Court grants the Defendant's motion based on his showing of excusable neglect and/or for good cause shown. The time to file a Notice of Appeal shall be extended to 30 days from the expiration of the time otherwise prescribed by Rule 4(b) of the Federal Rules of Appellate Procedure.

SO ORDERED.

This the 4th day of June, 2015.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE